**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dennis I. Henderson Sr.                           CHAPTER 13

                          Debtor(s)

                                                 BKY. NO. 23-10129 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 and index same on the master mailing list.

                                        Respectfully submitted,

                                        *Brian C. Nicholas*
                                        Brian Nicholas
                                        23 Mar 2023, 15:46:11, EDT

                                        Brian C. Nicholas, Esq. (317240) ☑
                                        Denise Carlon, Esq. (317226) ☐
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com