IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dennis I. Henderson, Sr., : | Case No. 23-10129-JAD |
| Debtor. : | Chapter 13 |
| Dennis I. Henderson, Sr., : | |
| Movants, : | Document No.: 27 |
| v. : | |
| : | Related to Document No.: 12, 13 |
| Carrington Mortgage Services, LLC, PNC Bank, National Association, Verizon, Edfinancial on behalf of US Dept. of Education, Portfolio Recovery Associates, LLC, LVNV Funding, LLC, The Bank of New York Mellon, NewRez LLC d/b/a Shellpoint Mortgage, : | |
| Creditors, : | |
| and : | **Hearing Date and Time:** April 12, 2023, at 10:00 a.m. |
| Ronda J. Winnecour, Trustee, : | |
| Respondents. : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS UNDER 11 U.S.C §362(C)(3)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 17, 2023, at Document No. 12 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 13 Objections were to be filed and served no later than April 3, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 12 be entered by the Court.

Date: April 4, 2023                                    /s/ Brian C. Thompson
                                                                 Brian C. Thompson, Esquire

Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com