IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(ERIE)

| | |
|---|---|
| IN RE: ) | |
| DENNIS I. HENDERSON, SR. ) | CASE NO.: 1:23-bk-10129-JAD |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE JEFFERY A. DELLER |
| ) | |
| THE BANK OF NEW YORK ) | |
| MELLON, THE SUCCESSOR TO ) | |
| JPMORGAN CHASE BANK, AS ) | |
| TRUSTEE FOR CIT HOME EQUITY ) | |
| LOAN TRUST 2002-2 ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| DENNIS I. HENDERSON, DEBTOR ) | |
| AND RONDA J. WINNECOUR, ) | |
| TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-2 and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 4th day of April 2023

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 4th day of April 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 1:23-bk-10129-JAD)**

*DEBTOR*
DENNIS I. HENDERSON, SR.
532 EAST 25TH STREET
ERIE, PA 16503

*ATTORNEYS FOR DEBTOR*
BRIAN C. THOMPSON
THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD
SUITE 200
WARRENDALE, PA 15086
BTHOMPSON@THOMPSONATTORNEY.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV