# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (ERIE)

| | |
|---|---|
| IN RE: ) | |
| DENNIS I. HENDERSON, SR. ) | CASE NO.: 1:23-bk-10129-JAD |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE JEFFERY A. DELLER |
| ) | |
| THE BANK OF NEW YORK ) | |
| MELLON, THE SUCCESSOR TO ) | |
| JPMORGAN CHASE BANK, AS ) | |
| TRUSTEE FOR CIT HOME EQUITY ) | |
| LOAN TRUST 2002-2 ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| DENNIS I. HENDERSON, DEBTOR ) | |
| AND RONDA J. WINNECOUR, ) | |
| TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-2 ("Secured Creditor") by and through its undersigned attorneys, and for its Objection to Confirmation of Debtor's Chapter 13 Plan, herein states and alleges as follows:

1. This Court has exclusive jurisdiction over this proceeding. Debtor filed a Petition under Chapter 7 of the United States Bankruptcy Code on or about March 16, 2023 and converted to a Chapter 13 also on March 16, 2023.

2. Secured creditor holds a lien over Debtor's property located at **2005 Schaal Avenue, Erie, PA 16510.**

3. As of the petition date, Secured Creditor's estimated total secured claim is $27,545.36, and the underlying loan matures on July 11, 2032. Secured Creditor will file its Proof

2

of Claim by the bar date of May 25, 2023 with the approximate arrears of $14,964.84, which is well above the arrearage of $4,672.47 listed on Debtor's Plan.

4. Therefore, the plan fails 11 U.S.C. §1322 (b)(2)-(3), and pursuant to 11 U.S.C. §1325 (a)(5) the plan cannot be confirmed.

WHEREFORE The Bank of New York Mellon, the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-2 prays that its Objection to Confirmation of Plan be sustained, and for all further relief as is just and proper.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on or before April 6, 2023, I caused a true and correct copy of the foregoing to be served either by CM/ECF notice to those so authorized, and first-class mail as indicated to the parties reflected on the attached.

    Respectfully submitted,

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

# SERVICE LIST (CASE NO. 1:23-bk-10129-JAD)

*DEBTOR*
DENNIS I. HENDERSON, SR.
532 EAST 25TH STREET
ERIE, PA 16503

*ATTORNEYS FOR DEBTOR*
BRIAN C. THOMPSON
THOMPSON LAW GROUP, P.C.
125 WARRENDALE BAYNE ROAD
SUITE 200
WARRENDALE, PA 15086
BTHOMPSON@THOMPSONATTORNEY.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV