IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Dennis I. Henderson, Sr., | : | Case No. 23-10129-JAD |
| | : | |
| Debtor. | : | Chapter  13 |
| _____ | : | |
| | : | |
| Dennis I. Henderson, Sr., | : | |
| | : | |
| Movants, | : | Document No.: |
| | : | |
| v. | : | |
| | : | Related to Document No.:  12 |
| Carrington Mortgage Services, LLC, | : | |
| PNC Bank, National Association, Verizon, | : | |
| Edfinancial on behalf of US Dept. of Education, | : | |
| Portfolio Recovery Associates, LLC, | : | |
| LVNV Funding, LLC, The Bank of New | : | **DEFAULT O/E JAD** |
| York Mellon, NewRez LLC d/b/a Shellpoint | : | |
| Mortgage, | : | |
| | : | |
| Creditors, | : | |
| and | : | Hearing Date and Time: |
| | : | April 12, 2023, at 10:00 a.m. |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

**ORDER OF COURT**

This matter is before the Court on Debtor's Motion to Extend the Automatic Stay. For the reasons stated in the Motion, or by default, it is hereby ORDERED that the Automatic Stay is extended against all creditors until such time as the case is either closed or dismissed or unless a further order of court provides otherwise.

Date: 4/5/2023

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

1

FILED
4/5/23 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 23-10129-JAD    Doc 31    Filed 04/07/23    Entered 04/08/23 00:26:51    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 23-10129-JAD

Dennis I. Henderson, Sr.                                                                   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 2

Date Rcvd: Apr 05, 2023        Form ID: pdf900        Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis I. Henderson, Sr., 532 East 25th Street, Erie, PA 16503-2062 |
| cr | + | The Bank of New York Mellon, the successor to JPMo, Padgett law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| 15581740 | + | City of Erie Treasurer's Office, 626 State Street, Room 105, Erie, PA 16501-1146 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15581739 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 05 2023 23:37:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 15581741 | + | Email/Text: bncnotifications@pheaa.org | Apr 05 2023 23:38:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15581742 | ^ | MEBN | Apr 05 2023 23:33:16 | KML Law Group, PC, Mellon Independence Center, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15583579 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 23:42:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15582948 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2023 23:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15581743 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 05 2023 23:38:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15581744 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2023 23:41:47 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15581745 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 05 2023 23:38:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Apr 05, 2023 | Form ID: pdf900 | Total Noticed: 11

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Dennis I. Henderson Sr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon the successor to JPMorgan Chase Bank, as Trustee for CIT Home Equity Loan Trust 2002-2 josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5