# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Dennis I. Henderson, Sr., | : | Bankruptcy No. 23-10129-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Dennis I. Henderson, Sr., | : | |
| | : | Document No.: 49 |
| Movants, | : | |
| | : | Related Document No.: 40, 41 |
| v. | : | |
| | : | Related Claim No.: 3 |
| LVNV Funding, LLC, | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | July 21, 2023, at 11:00 a.m. |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO PROOF OF CLAIM NO. 3

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on June 15, 2023 at Document No. 40 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 41, Objections were to be filed and served no later than July 2, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Objection recorded at Document No. 40 be entered by the Court.

Date: July 3, 2023                                             /s/ Brian C. Thompson
                                                                Brian C. Thompson, Esquire
                                                                Attorney for Debtor(s)
                                                                PA ID No. 91197
                                                                THOMPSON LAW GROUP, P.C.
                                                                125 Warrendale Bayne Road, Suite 200
                                                                Warrendale, PA 15086
                                                                (724) 799-8404 Telephone
                                                                (724) 799-8409 Facsimile
                                                                bthompson@thompsonattorney.com