# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dennis I. Henderson, | : | Bankruptcy Case No.: 23-10129-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Dennis I. Henderson, | : | |
| | : | Document No.: 55 |
| Movant, | : | |
| | : | Related to Document No.: 54 |
| v. | : | |
| | : | Related to Claim No.: 7 |
| | : | |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Debtors' Declaration of Sufficient Plan Funding at Document No. 54 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on November 3, 2023, on the parties listed below.

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Brian C. Nicholas, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: November 3, 2023

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com