## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dennis I. Henderson, | : | Bankruptcy Case No.: 23-10129-JCM |
| Debtor. | : | Chapter 13 |
| Dennis I. Henderson, | : | Document No.: 59 |
| Movant, | : | Related to Document No.: |
| v. | : | Related to Claim No.: 7 |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6, | : | |
| Respondent. | : | |

### DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on April 22, 2024, after reasonable investigation and upon review of the Amended Chapter 13 Plan, it appears to Debtor that the payment is sufficient to fund the Plan even with the proposed change for June 1, 2024.

The new post-petition monthly payment payable to Respondent is $304.46, effective June 1, 2024, per the notice dated April 22, 2024. The Debtor's Amended Plan payment provides for a monthly payment to Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6, of $304.84. Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: May 3, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com