# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Dennis I. Henderson, | : | Bankruptcy Case No.: 23-10129-JCM |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Dennis I. Henderson, | : | |
| | : | Document No.: 60 |
| Movant, | : | |
| | : | Related to Document No.: 59 |
| v. | : | |
| | : | Related to Claim No.: 7 |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 3, 2024, on the parties listed below.

Brian C. Nicholas, Esq.
*Attorney for Creditor*
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: May 3, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com