IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dennis I. Henderson, Jr. | : | Case No. 23-10129-JCM |
|     Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6 | : | |
|     Respondent(s) | : | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

The Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges that was filed in the above-referenced case on October 10, 2024, (document #61) is hereby WITHDRAWN.

Respectfully submitted,

12/3/2024      /s/ Ronda J. Winnecour
Date      Ronda J. Winnecour (PA I.D. #30399)
     Attorney and Chapter 13 Trustee
     U.S. Steel Tower – Suite 3250
     600 Grant Street
     Pittsburgh, PA  15219
     (412) 471-5566
     cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Dennis I. Henderson, Jr. : | Case No. 23-10129-JCM |
| Debtor(s) : | Chapter 13 |
| : | |
| Ronda J. Winnecour, Chapter 13 : | |
| Trustee : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| Deutsche Bank National Trust : | |
| Company, as Indenture Trustee for : | |
| New Century Home Equity Loan : | |
| Trust 2003-6 : | |
| Respondent(s) : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA  15222

Dennis I. Henderson, Sr.
532 East 25th Street
Erie, PA  16503

Brian C. Thompson, Esquire
Thompson Law Group PC
301 Smith Drive, Suite 6
Cranberry Township, PA  16066

Deutsche Bank National Trust Company
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA  92806

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

| | |
|---|---|
| <u>12/3/2024</u><br>Date | <u>/s/Renee Ward</u><br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |