**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DENNIS I. HENDERSON, SR. | Case No.:23-10129 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/16/2023 and confirmed on 05/03/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,150.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,145.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 6,225.87 | |
|     Trustee Fee | 2,952.35 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,178.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 0.00 | 5,661.09 | 0.00 | 5,661.09 |
|     Acct: 4808 | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 0.00 | 8,162.32 | 0.00 | 8,162.32 |
|     Acct: 8990 | | | | |
|   PNC BANK NA | 7,072.32 | 7,072.32 | 0.00 | 7,072.32 |
|     Acct: 1669 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 13,303.17 | 0.00 | 13,303.17 |
|     Acct: 2248 | | | | |
|   BANK OF NY MELLON - TRUSTEE ET AL | 16,040.98 | 2,293.02 | 0.00 | 2,293.02 |
|     Acct: 4808 | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 21,068.62 | 3,011.70 | 0.00 | 3,011.70 |
|     Acct: 8990 | | | | |
|   PNC BANK NA | 65.01 | 65.01 | 0.00 | 65.01 |
|     Acct: 1669 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 3,018.79 | 431.52 | 0.00 | 431.52 |
|     Acct: 2248 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 4,092.23 | 138.00 | 828.63 | 966.63 |
|     Acct: 2400 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 40,966.78 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS I. HENDERSON, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS I. HENDERSON, SR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMPSON LAW GROUP PC | 2,225.87 | 2,225.87 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXX?-25 | | | | |
| THOMPSON LAW GROUP PC | 2,774.13 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 551.84 | 0.00 | 0.00 | 0.00 |
| Acct: 9984 | | | | |
| DEUTSCHE BANK NTC - INDENTURE TRU | 440.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8990 | | | | |
| DEUTSCHE BANK NTC - INDENTURE TRU | 683.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8990 | | | | |
| DEUTSCHE BANK NTC - INDENTURE TRU | 343.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8990 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0049 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3599 | | | | |
| PA DEPARTMENT OF REVENUE* | 122.85 | 0.00 | 0.00 | 0.00 |
| Acct: 9984 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 705.83 | 0.00 | 0.00 | 0.00 |
| Acct: 3496 | | | | |
| LVNV FUNDING LLC | 1,355.33 | 0.00 | 0.00 | 0.00 |
| Acct: 0819 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6440 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2980 | | | | |
| LVNV FUNDING LLC | 2,346.71 | 0.00 | 0.00 | 0.00 |
| Acct: 4345 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LIEPOLD HARRISON & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                             40,966.78

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,018.84 |
| SECURED | 51,357.95 |
| UNSECURED | 4,530.72 |

Date: 12/10/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com