**Fill in this information to identify the case:**

Debtor 1      Dennis I.   Henderson, Sr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PENNSYLVANIA

Case number   **23-10129**

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6

**Court claim no**. (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8990

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes.  Date of the last notice: ___ /____/____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Property Registration Fee | 4/25/25 | (11) | $ 343.50 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Dennis I. Henderson, Sr. | Case number (*if known*) **23-10129** |
|---|---|---|

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Vincent Padovano
Signature

Date  07/16/2025

Print: Vincent Padovano

Title  Authorized Agent

Company  Liepold Harrison & Associates, PLLC

Address  370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Contact phone  800-349-1254

Email: pcninquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**Western DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In Re:* | Case No. 23-10129 |
| **Dennis I. Henderson, Sr.** | |
| | **Chapter 13** |
| **Debtor(s)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 07/16/2025, a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By:/s/Vincent Padovano

Authorized Agent for Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2003-6
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Debtor(s) through the Debtor(s)' Attorney of Record
Dennis I. Henderson, Sr.
532 East 25th Street
Erie PA 16503

Debtor(s)' Counsel
Brian C. Thompson
301 Smith Drive Suite 6
Cranberry Township, PA 16066

Trustee
Ronda J. Winnecour
600 Grant Street Suite 3250, USX Tower
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue Suite 1316
Pittsburgh, PA 15222

**ICE Invoicing** Invoice Detail    IP    Carrington Mortgage Services, LLC / Michele Vance

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [ ] Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold    93 of 94 | << >>

| | | | | |
|---|---|---|---|---|
| Vendor | Mortgage Contracting Services, LLC | Regarding: | Invoice Number: | VPR015416998 |
| Address: | P.O. Box 737196 | DENNIS I HENDERSON SR | Invoice Status: | Check Requested |
| | Dallas, TX 75373-7176 | 759 EAST 24TH STREET | Loan No.: | |
| Payee Code: | 62171 | ERIE, PA 16503 | Acquisition Date: | |
| Vendor Contact: | Nicole Potts | | Loan Type: | Conventional |
| Vendor Ref #: | VPR015416998 | | Asset No.: | |
| Servicer: | Carrington Mortgage Services, LLC | | REO Loan Status: | N/A |
| Inv. ID / Cat. ID | 00248/00100 | Investor Loan #: | REO Loan Status Date: | N/A |
| Investor Name: | NEW CENTURY HOME EQUITY LOAN TRUST | | Order Date: | 4/25/2025 |
| Invoice ID: | 349697437 | | Completion Date: | 4/28/2025 |
| Class Code: | | | Loan Location: | |
| Entity Code: | 0 | | Submitted Date: | 4/29/2025 |
| GSE Code: | | | Vendor Invoice Date: | 4/28/2025 |
| GSE REO Rem. Code: | | | Paid In Full Date: | N/A |
| HiType: | | | Foreclosure Removal Date: | N/A |
| Litigation Status Code: | | | MS Status: | N/A |
| | | | Relief Requested Date: | N/A |
| Man Code: | | | Protection Begin Date: | N/A |
| | | | Protection End Date: | N/A |

**Original Mortgage Amount:** $0.00
**Principal Balance as of invoice create date:** $32,817.84
**Principal Balance as of today's date:** $32,588.70

**Property Pres. - Property Preservation Services**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/29/2025 | 05/08/2025 | 06/06/2025 | | 05/08/2025 | 05/08/2025 | | 10 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| Costs | Total: | $343.50 | Invoicing Prev. Billed: | $1,467.00 | Exc. Loan Allow: | | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | | |
| Totals | Inv Amt: | $343.50 | Prev. Billed: | $1,467.00 | Loan Total Fees/Costs Prev.Billed: | $1,467.00 | | Exc Ord Allw: | |

**Costs**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Property Services | Foreclosure Property Registration Fee | | | 04/25/25 | 1 | $303.50 | $303.50 | $0.00 | $303.50 |
| | | | | Note: Foreclosure Renewal Property Registration City/County Fee - Recoverable - Renewal;RegType:Renewal;MatrixID:3165;RegID:3287152;Ordinance:Erie Vacant and Foreclosed Property Registration | | | | | | | | | |
| A | | | C | Property Services | Foreclosure Property Registration Fee | | | 04/25/25 | 1 | $40.00 | $40.00 | $0.00 | $40.00 |
| | | | | Note: Foreclosure Renewal Property Registration Fee - Renewal;RegType:Renewal;MatrixID:3165;RegID:3287152;Ordinance:Erie Vacant and Foreclosed Property Registration | | | | | | | | | |
| | | | | | | | | | **Total:** | | $343.50 | $0.00 | $343.50 |
| | | | | | | | | | **Invoice Total:** | | $343.50 | $0.00 | $343.50 |